JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KAMIYA PERRY, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KIA MOTORS AMERICA, a California Corporation; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 8:19-cv-01644 JVS (DFMx)<br><br>District Judge: James V. Selna<br>Magistrate Judge: Douglas McCormick<br><br>**ORDER REMANDING THE CASE TO STATE COURT**<br><br>Complaint Filed: July 5, 2019 |

Based upon the Parties' Joint Stipulation to Remand the Case to State Court, the Court hereby enters the Stipulation and ORDERS this Action to be remanded back to the Superior Court of California, County of Orange, as Case No. 30-2019-01081281-CU-PL-CJC

**IT IS SO ORDERED.**

Dated: September 10, 2019

_____
Hon. James V. Selna
United States District Court Judge